# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00301-CV

**Teresa L. Maxwell, Appellant**

**v.**

**Alex Charles Maxwell, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
### NO. 23,067, HONORABLE TERRY FLENNIKEN, JUDGE PRESIDING

On May 10, 2002, we received appellant=s notice of appeal in the form of a copy of the final divorce decree marked Aappeal.@ On May 20, we were informed that appellant=s trial counsel was discharged at the end of the trial proceedings and was not appointed as appellate counsel. On August 5, we sent appellant a letter informing her that she was required to file an amended notice of appeal and arrange to pay for the clerk=s record no later than August 19, and that her appeal would be subject to dismissal for want of prosecution if she failed to do so. To date, appellant has not responded to our communications.

We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   September 12, 2002

Do Not Publish